FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 11 2011

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 11-1202 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Counts 1-8: 29 U.S.C. § 501(c): |
| ) | Embezzlement and Theft of Labor |
| **JOSEPH RAY GONZALES, JR.**, ) | Union Assets. |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about the dates set forth below, in Socorro County, in the District of New Mexico, the defendant, **JOSEPH RAY GONZALES, JR.**, while an officer, that is the treasurer of the International Guards Union of America ("IGUA") Local 106, in Socorro, New Mexico, a labor organization engaged in an industry affecting commerce, embezzled, stole, and unlawfully and willfully abstracted and converted to his own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the total approximate amount of $13,800.00.

| Count | Check # | Date | Payee | Check Amount |
|---|---|---|---|---|
| 1 | 2160 | 6/26/2009 | Joe Gonzales | $ 1,600.00 |
| 2 | 2203 | 7/27/2009 | Joe Gonzales, Jr. | $ 2,000.00 |
| 3 | 2206 | 8/07/2009 | Joe Gonzales | $ 2,000.00 |
| 4 | 2207 | 8/19/2009 | Joe Gonzales | $ 2,000.00 |
| 5 | 2208 | 9/01/2009 | Joe Gonzales | $ 2,000.00 |
| 6 | 2209 | 9/01/2009 | Joe Gonzales, Jr. | $ 2,000.00 |

| 7 | 2211 | 9/05/2009 | Joe Gonzales, Jr. | $ 500.00 |
|---|------|-----------|-------------------|----------|
| 8 | 2212 | 9/10/2009 | Joe Gonzales, Jr. | $ 2,100.00 |
|   | Total checks to Joseph Ray Gonzales, Jr. || | $ 14,200.00 |
|   | Less Loan to Joseph Ray Gonzales, Jr. || | $ (400.00) |
|   | Total Embezzlement Amount || | $ 13,800.00 |

In violation of 29 U.S.C. § 501(c).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
05/03/11 9:45am